**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ALBETO PIERRE. | |
| Plaintiffs, | |
| v. | |
| REBECCA GONZALEZ RAMOS, Special Agent in Charge of Homeland Security Investigations in San Juan; CALEB VITELLO, Senior Official Performing the Duties of the Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; and PAMELA BONDI, United States Attorney General, in their official capacities, | Case No. PETITION FOR A WRIT OF HABEAS CORPUS |
| Defendants. | |

**DECLARATION OF ATTORNEY YARIMA GONZALEZ CRESPO**

I, Yarima Gonzalez Crespo, make this statement under penalty of perjury of the laws of the United States and if called to testify I could and would do so competently based upon my personal knowledge as follows:

1. I am over eighteen years of age and am fully competent to make this declaration.

2. I am an immigration attorney with over 3 years of experience providing a variety of immigration legal services, working with detained clients as a removal defense attorney. I am currently working remotely from Puerto Rico, as a Supervising Attorney for the Removal Defense Program at the Pennsylvania Immigration Resource Center (PIRC), a nonprofit based in York, PA, providing a variety of *pro-bono* services to noncitizens facing removal proceedings. I received my Juris Doctorate from the Inter-American University School of Law and have been an active member of the American Immigration Lawyers Association (AILA) since 2022.

3. As part of my work, I regularly visit a variety of immigration detention centers in different states, but mostly in the northeast region of the United States.

4. On December 24, 2025, I was notified by the American Civil Liberties Union of Puerto Rico (ACLU-PR), of the arrest of young man, Mr. Albeto Pierre, in Barrio Obrero, a neighborhood in San Juan, PR.

5. I immediately went to the Office of Enforcement and Removal Operations (ERO), located in Guaynabo, PR, and requested information about the arrest of Mr. Pierre.

6. I was able to confirm that he was being processed for removal proceedings and was allowed to interview him for a few minutes.

7. During the interview, I confirmed that he had no criminal record, that he had applied for Temporary Protected Status (TPS) and for employment authorization. I could not obtain more information due to the time limitations imposed by the officers in charge and the uncertainty regarding confidentiality.

8. On December 26, 2025, I was provided with a copy of Mr. Pierre's Notice to Appear (NTA). He was charged under Immigration and Nationality Act (INA) §212(a)(6)(A)(i). Therefore, he is not subject to mandatory detention.

9. The NTA states that Mr. Pierre is scheduled for a court hearing on January 24, 2026, in the Miami Krome Immigration Court, confirming that he will be transferred to Miami.

10. In my experience as an immigration attorney, I have witnessed the irreparable harm that detainees face navigating the immigration system when they are transferred to a different jurisdiction, including unfavorable applicable caselaw, difficulties in obtaining evidence -which often includes declarations from members of the detainee's community-, maintaining adequate communication with legal representation and contact with family members.

11. As part of my job as a removal defense attorney, I have witnessed the horrifying conditions of detention in multiple immigration detention centers; the inhumane treatment, lack of medical services, poor sanitary conditions, prolonged solitary confinement, forced labor for cents of a dollar an hour, among others.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed, December 29, 2025, in San Juan, Puerto Rico.

Yarima Gonzalez Crespo, Esq.
EOIR ID: DD141267